1  H. Paul Efstratis, Esq. SBN 242373
Kristina O. Lambert, Esq. SBN 290403
2  Taylor F. Sullivan, Esq. SBN 297014
LECLAIRRYAN, LLP
3  44 Montgomery Street
Suite 3100
4  San Francisco, CA 94104
TELEPHONE: 415.391.7111
5  FAX: 415.391.8766

6

7  Attorneys for Defendants
Ford Motor Company and Folsom Lake Ford

8

9              UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  RHONDA KLEV,                          **Civil Action No.:**

13              Plaintiff,                **NOTICE OF REMOVAL OF
                                          CIVIL ACTION UNDER 28 U.S.C.**
14  vs.                                   **SECTION 1441(b) (Diversity
                                          Jurisdiction)**
15  FORD MOTOR COMPANY;
FOLSOM LAKE FORD; AND DOES 1            *Complaint Filed:  April 17, 2018*
16  THROUGH 10, INCLUSIVE,               *Trial Date:  not set yet*

17              Defendants.

18

19  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

20          **PLEASE TAKE NOTICE THAT** Defendant FORD MOTOR COMPANY

21  ("Defendant"), hereby removes to this District Court the state action currently

22  pending in the SACRAMENTO County Superior Court of California, described

23  more fully below.

24          This case is related to numerous cases coordinated in a multidistrict

25  litigation, In re: Ford Motor Co. DPS6 PowerShift Transmission Products Liability

26  Litigation, MDL No. 2814, pending in the Central District of California before the

27  Honorable André Birotte Jr.  Each of the plaintiffs here and in the MDL alleges

28  breach of warranty obligations by Defendant FORD MOTOR COMPANY

1

regarding a dual-dry clutch PowerShift synchronized 6-speed (DPS6) automatic transmission installed in a Ford Focus or Ford Fiesta—and each alleges a claim of fraud in some manner regarding the DPS6 transmission.  Ford denies these allegations.  Ford anticipates that this case will be included in the MDL.

Issues to be presented to the MDL judge for common and consistent adjudication include jurisdictional questions that involve, in some cases, whether California dealership defendants have been improperly joined.

## PLEADINGS

1.    On April 17, 2018, a complaint ("Complaint") was filed in the Superior Court of the State of California in and for the County of SACRAMENTO entitled, *Rhonda Klev v. Ford Motor Company; Folsom Lake Ford; and Does 1 through 10, inclusive,* as Case Number 34-2018-00231164.   ***A true and accurate copy of the Complaint is attached hereto as Exhibit "A."***

## TIMELINESS OF REMOVAL

2.    Defendant FORD MOTOR COMPANY was served a copy of the Complaint in this matter on April 27, 2018.  Defendant's removal is timely under 28 U.S.C. § 1446(b) as it is being filed within 30 days of receipt by Defendant, through service or otherwise, of a copy of the pleading from which it may be ascertained that the case is removable. ***A true and accurate copy of the Notice of Service of Process for the Complaint is attached hereto as Exhibit "B."***

## DIVERSITY JURISDICTION

3.    In addition, this is a civil action of which this District Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this District Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that this action involves a controversy between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, as described below.

4.    At the time of the filing of this action and the filing of this Notice of Removal, the Plaintiffs were and are residents of the County of EL DORADO, State of California and were and are, therefore, citizens of the State of California. (*See* Exh. "A" (Complaint, paragraphs marked "Preliminary Statement.").

5.    At the time of the filing of this action and the filing of this Notice of Removal, Defendant FORD MOTOR COMPANY is incorporated in and a citizen of Delaware.  Defendant FORD MOTOR COMPANY is also incorporated in and a citizen of Michigan, with a Principal Place of Business in Dearborn, Michigan. As such, Defendant FORD MOTOR COMPANY is not a citizen of California, but a citizen of Delaware and Michigan.  Folsom Lake Ford, upon information and belief, is a citizen of the State of California, but it has no real interest in this matter as it is being indemnified by FORD MOTOR COMPANY.  Further, there is no cause of action pleaded in the Complaint that is directed to the dealership.  As a consequence, Folsom Lake Ford is fraudulently joined and/or is a nominal defendant for the purposes of diversity analysis.

6.    Therefore, complete diversity of citizenship exists because Plaintiff resides in, and is a citizen of California; and the substantive Defendant in this action is incorporated in Delaware with its Principal Place of Business in Dearborn, Michigan, making it a citizen of Delaware and Michigan, and not California.

7.    At issue is Plaintiff's claim of breach of warranty pursuant to the Song-Beverly Consumer Warranty Act.  The Complaint alleges that the "Plaintiff suffered damages in a sum to be proven at trial in an amount that exceeds $25,000." (*See* Exh. "A" (Complaint, First Cause of Action.))  In the same Cause of Action, the Plaintiff claims to be entitled to "a civil penalty of two times Plaintiff's actual damages."  Id.  The Complaint itself demands damages that exceed the $75,000 amount in controversy required to establish jurisdiction in the United States District Court.  28 U.S.C. § 1441(b).

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441(B) (DIVERSITY JURISDICTION)

8.      The instant complaint is one of hundreds of Complaints filed in two California counties by the same law firm.  Liability is pleaded as five counts constituting violations of Song-Beverly and two counts constituting fraud (in the inducement and in the omission).  The Complaints seek the following by way of *ad damnum* clause: Plaintiff's actual damages; restitution; civil penalty pursuant to Song-Beverly of two times the cost of the vehicle; costs of suit and attorneys' fees pursuant to Song-Beverly; any other remedies available under Song-Beverly, the UCC, or any other remedy the court deems proper; prejudgment interest; and, punitive damages related to the fraud counts.

## INTRADISTRICT ASSIGNMENT

9.      The United States District Court for the EASTERN District of California embraces the district and division in which the SACRAMENTO state court action is now pending, and thus this Court is a proper venue for the action pursuant to 28 U.S.C. § 84 (c)(1).

## NOTICE TO STATE COURT

10.      Pursuant to 28 U.S.C. § 1446(d), the undersigned counsel hereby certifies that a true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Superior Court of the State of California, County of SACRAMENTO, and served upon all adverse parties.

**WHEREFORE**, Defendant hereby notifies Plaintiffs and their attorneys that the above-entitled action, formerly pending in the SACRAMENTO County Superior Court has been removed from that court to this Court.

///
///
///
///
///

4

1    DATED: May 24, 2018                    LECLAIRRYAN, LLP

2

3                                           By:    /s/ H. Paul Efstratis

4                                                  H. Paul Efstratis, Esq.
                                                   Kristina O. Lambert, Esq.
5                                                  Taylor F. Sullivan, Esq.
                                                   Attorneys for Defendant
6                                                  FORD MOTOR COMPANY and
                                                   FOLSOM LAKE FORD

7
     DATED: May 24, 2018                    LECLAIRRYAN, LLP
8

9
                                            By:    /s/ Kristina O. Lambert
10
                                                   H. Paul Efstratis, Esq.
11                                                 Kristina O. Lambert, Esq.
                                                   Taylor F. Sullivan, Esq.
12                                                 Attorneys for Defendant
                                                   FORD MOTOR COMPANY and
13                                                 FOLSOM LAKE FORD

14
     DATED: May 24, 2018                    LECLAIRRYAN, LLP
15

16
                                            By:    /s/ Taylor F. Sullivan
17
                                                   H. Paul Efstratis, Esq.
18                                                 Kristina O. Lambert, Esq.
                                                   Taylor F. Sullivan, Esq.
19                                                 Attorneys for Defendant
                                                   FORD MOTOR COMPANY and
20                                                 FOLSOM LAKE FORD

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441(B) (DIVERSITY JURISDICTION)